**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00704-CV

### CTMGT FRISCO 11, LLC, Appellant

### V.

### ONCOR ELECTRIC DELIVERY COMPANY, LLC, ET AL., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01359-2014**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **GRANT** appellant's unopposed motion as supplemented for judicial notice of filings.

We **GRANT** appellant's November 17, 2014 motion to stay proceedings. We **STAY** this appeal for sixty days. The appeal will be reinstated sixty days from the date of this order or on motion to reinstate, whichever occurs sooner.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE